USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNHARD KUHMSTEDT,

                        Plaintiff,

          -against-

BIRCHBOX, INC.,

                        Defendant.

-----------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

1:19-cv-8021 (VEC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Order of Dismissal filed on January 9, 2020 (doc. no 13) the Telephone Conference currently scheduled for **January 27, 2020** is hereby adjourned *sine die*.

SO ORDERED.

Dated: January 10, 2020
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge